## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | ATF&E Report of Investigation |
| 2 | Charlotte County Sheriff's Office Case Master Report |
| 3 | Register of Actions – 1500069F |
| 4 | Grand Blanc Township Police Arrest Report |
| 5 | Pretrial Services Report |