U.S. Department of Justice  
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| B▮ Kidnapping Conspiracy | | 1 |

## SUMMARY OF EVENT:

CASE OPENING ROI: BIRD KIDNAPPING CONSPIRACY:

In January 2020, ATF Special Agent (SA) Hurt was provided information during an interview of L▮ W▮ that a male identified as ▮B▮ was kidnapped after stealing a Jeep Liberty owned by T▮ G▮ and B▮ J▮. B▮ was identified as Alexandria Dodge's husband during the incident. B▮ was assaulted with a hammer according to W▮. On January 28, 2021, SAs Hurt and Sutara interviewed B▮ with his cousin, E▮ B▮ reference the incident which occurred on December 18, 2019 through December 19, 2019. The following is a synopsis of the interview.

## NARRATIVE:

1. On January 9, 2020, SAs Hurt and Wickwire conducted a custodial interview of L▮ W▮ while she incarcerated at the Genesee County Jail in reference to ATF Flint Case ▮▮. During the interview, W▮ explained, ▮B▮ is Alexandria Nicole DODGE's (w/f ▮ 1991) husband. B▮ was kidnapped by a couple named Tim and Rebecca of whom were the owners of a Jeep Liberty that B▮ stole. W▮ added, Tim and Rebecca kidnapped B▮ and hit him over the head with a hammer as well as his hands for stealing their vehicle.

2. On January 28, 2021, SAs Hurt and Sutara had an opportunity to interview ▮ B▮ ▮ 1986) along with his cousin E▮ B▮ ▮/1978). The interview was non-custodial and recorded at the ATF Flint Office. The following is a synopsis of the interview:

    - B▮ advised he is legally married to DODGE but they have been separated for two years. The two lived in Florida together but returned. When they came back to Michigan DODGE became addicted to methamphetamine.

    - B▮ explained, he stole a Jeep Liberty from Tim ▮ G▮ ▮ 1977) and B▮ J▮ ▮ 1986) for DODGE and her then boyfriend St▮ Bu▮ ▮. B▮ added, he dropped the Jeep Liberty off to DODGE at an address on Ann Arbor Street in Flint, MI after speaking with her reference the stolen vehicle on Facebook Messenger. DODGE and Bu▮ then dropped him off in a different vehicle at a residence on Hughes Street in Flint, MI. B▮ advised, once he was dropped off he went to sleep inside of an enclosed porch of a blue house two houses away from a Tattoo Shop (the address is unknown at this time).

| Prepared by: Dustin D. Hurt | Title: Special Agent, Flint Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Mark T. Trombly | Title: Acting Resident Agent in Charge, Flint Field Office | Signature: | Date: |
| Second level reviewer (optional): James M. Deir | Title: Special Agent in Charge, Detroit Field Division | Signature: | Date: |

| Title of Investigation: B▓ Kidnapping Conspiracy | Investigation Number: ▓ | Report Number: 1 |
|---|---|---|

- B▓ was awakened with G▓, J▓, N▓ C▓ ▓ 1993, D▓ H▓ ▓ 1986), and B▓ W▓ standing around him inside the enclosed porch screaming about the stolen vehicle. G▓ showed B▓ a phone with screenshot messages between B▓ and DODGE about stealing the Jeep Liberty for her. Someone in the group then hit B▓ in the head with claw end of a hammer (he showed SA Hurt the scars which was consistent). The group then let B▓ make a call to his brother, A▓ H▓ ▓/1968) before "stuffing" him (B▓ into the backseat of a red Pontiac Vibe with a bag over his head. They left and drove to H▓ S' residence where B▓ was pulled from the vehicle and the group began beating B▓ in front of H▓ S and his wife (FNU, LNU). H▓ held a firearm to B▓'s head and asked H▓ S, "Do you want to watch your brother die?" B▓ explained he thought the firearm was possibly an AR pistol or Draco because it looked like a rifle with no butt stock. The group then stuffed B▓ back into the backseat of the red Pontiac Vibe and left.

- The group took B▓ into a house on Waldman Ave, later identified as ▓ Waldman Avenue Flint, MI. B▓ was taken into the basement where the bag was removed from his head. B▓ was seated in a chair and tied to a pole in the basement where his hands were bound by what B▓ described as "steel dryer hose." B▓ explained, once he was bound the group beat on him for several hours. B▓ was burned with hot steel, he had cigarettes put out on him, hit with sticks and blunt objects, and believes he was pistol whipped but was unsure because his eyes were swelling shut. B▓ explained he believed the timeline of the kidnapping and beating to be December 16, 2019 through December 17, 2019.

- While B▓ was bound up and being beaten, DODGE contacted a family friend of BIRD, L▓ W▓ ▓ 1986) via Facebook Messenger advising B▓ would be released for $400 and the keys to the Jeep Liberty (which she knew was on Ann Arbor). Additionally, DODGE called W▓ on her cell phone, while she was with BEA▓ and his wife, to reiterate that for $400 and the keys to the Jeep Liberty B▓ would be released by G▓ and J▓.

- Additionally while B▓ was bound up in the basement of ▓ Waldman, C▓ walked down the stairs with a semi-automatic pistol. C▓ pointed the pistol at B▓'S head and stated, "I was gonna shoot you…" C▓ then pulled the trigger against B▓'s head with (presumably) an empty chamber because B▓ heard the firing pin "click" inside the firearm. It is important to note, B▓ and BEA▓ both told this story because C▓ had BEA▓ on the phone while this occurred.

- B▓ explained DODGE and S▓ ST▓ ▓ 1988) set up the whole incident. DODGE and ST▓ used Facebook Messenger to get B▓ to steal the JEEP Liberty so they could send G▓ the screen shots of the conversation in order to collect the $400 ransom. ST▓ later called BEA▓

- and stated, "I wish I could take credit for this I would have put a bullet in the back of your cousin's head."

- BEA▓ explained, DODGE could be heard on the phone saying, "You get me my money and keys or I'm going to kill your cousin." BEA▓ explained it sounded like the message was being relayed but it was 100% DODGE making the demand.

- Later into the night of what is believed to be December 17, 2019, B▓ came to and could not hear anyone in the residence on Waldman. B▓ was able to free himself from the bindings and went upstairs where he was confronted by one unknown individual. On his way upstairs, B▓ picked up a loose brick of which he hit the unknown individual with before fleeing the residence to safety. B▓ advised his eyes were almost swollen shut which is why he did not know who the individual was.

3. On February 1, 2021, SA Hurt contacted the Genesee County Dispatch Center and requested any and all 911 calls made reference ▓▓ Avenue in mid-December 2019. A 911 call was placed on December 18, 2019 by an anonymous caller which advised a group of people were observed carrying a potential body behind ▓▓ Avenue Flint, MI. The "body" was observed being retrieved from a red vehicle the caller identified as a "red wagon type of car." Genesee County Dispatch provided SA Hurt with the event chronology of the call as well which is attached. The audio from the 911 call has been made property item #1.

4. On February 1, 2021, B▓ provided me with a photograph of himself approximately three to five days after the kidnapping and assault. The photograph is pictured below.



| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| B⬛ Kidnapping Conspiracy | ⬛ | 1 |

5. On February 1, 2021, SA Hurt spoke with A⬛ H⬛ on the phone to set up a meeting for an interview. H⬛ and his wife, who are both witnesses, are going to come to ATF Flint on February 2, 2021 for a recorded interview.

**Attachement:**
- Genesee County Dispatch Event Chronology.