

# Charlotte County Sheriff's Office
## Case Master Report 1504-008199
Date Initiated 04/15/2015

## Warning
**Contains entities exempt from disclosure**

## Primary Information

| | |
|---|---|
| Agency: | **CHARLOTTE COUNTY SHERIFF'S OFFICE** |
| Bureau: | **BUREAU OF LAW ENFORCEMENT** |
| Division: | **ROAD PATROL** |
| Section: | **DISTRICT 01** |
| Unit: | **District 1 Squad D** |
| Lead LEO: | **Smith, Victoria** (0755 / District 1 Squad D / Charlotte County Sheriff's Office) |
| Type Of Case: | **Offense** |
| Case Sub Type: | **Arrest** |
| Case Description: | **Arrest - Battery on LEO x 2 / Crim. Mischief / Agg. Battery x 2 / Resisting w/Violence** |
| Total Time: | **7:00** |

## Related Cases

| Case Number | Status | Date Initiated |
|---|---|---|
| **REQ-15-1842** | **Closed** | **04/16/2015** |
| **REQ-15-1796** | **Closed** | **04/15/2015** |
| **LOR-LE-15-30** | **Closed** | **04/14/2015** |

## Case Status

| | |
|---|---|
| Case Status: | **Closed** |
| Case Status Date: | **04/15/2015** |
| Case Referral Code: | **SAO Arrest** |
| Case Referral Date: | **04/23/2015** |
| Case Referral Accept: | **YES** |
| Referral Case Number: | **JMK 15cf669** |
| Disposition Code: | **Closed Arrest** |
| Disposition Date: | **04/15/2015** |
| Dissemination: | **State Attorney's Office** |



## Charlotte County Sheriff's Office
### Offense 1504-008199
Report Date: 04/14/2015

### Warning
Contains entities exempt from disclosure

### Primary Information
| | |
|---|---|
| Description: | **PHYSICAL** |
| Occurrence From: | **04/14/2015 20:36** |
| Occurrence To: | **04/14/2015 20:36** |
| Source Of Call: | **Dispatched** |
| Dissemination Code: | **Internal** |
| Shift: | **1800-0600** |
| Reporting LEO: | **Smith, Victoria** (0755 / District 1 Squad D / Charlotte County Sheriff's Office) |
| Backup LEO: | **Stefanini, David** (0529 / Warrants Squad / Charlotte County Sheriff's Office) |
| Report Status: | **Approved** |
| Report Status Date: | **05/07/2015** |
| Approved By: | **Stefanini, David Mario (0529 / District 1 Squad D / Charlotte County Sheriff's Office)** |

### Response Information
| | |
|---|---|
| Time Call Received: | 04/14/2015 20:36 |
| Time Dispatched: | 04/14/2015 20:36 |
| Time Arrived: | 04/14/2015 20:44 |
| Time Completed: | 04/15/2015 02:41 |

### Modus Operandi
| Description |
|---|
| **Aggravated Assault/Battery** |

### Weapons
| Weapon Type | Weapon Sub-Type | Firearm Finish | Caliber |
|---|---|---|---|
| **Blunt Object** | --- | --- | --- |
| **Hands/Feet/Fists/Teeth** | --- | --- | --- |

### Addresses
| Relationship | Address |
|---|---|
| **Arrest Location** | Coconut Beach Club, ENGLEWOOD, Florida 34223 United States |
| **Incident Location** | Coconut Beach Club, ENGLEWOOD, Florida 34223 United States |

### Offenses
| Offense Type | Offense | Attempted/Committed | Statute | UCR Class |
|---|---|---|---|---|
| **Misdemeanor** | **Criminal Mischief Between $200 and $1000 Damage** | Committed | 806.13 1b2 | 2900 |
| **Felony** | **Battery on Officer Firefighter EMT** | Committed | 784.07 2b | 130B |
| **Felony** | **Battery on Officer Firefighter EMT** | Committed | 784.07 2b | 130B |



## Charlotte County Sheriff's Office
### Offense 1504-008199
Report Date: 04/14/2015

### Offenses - Continued

| Offense Type | Offense | Attempted/Committed | Statute | UCR Class |
|---|---|---|---|---|
| Felony | Aggravated Battery Causes Great Bodily Harm | Committed | 784.045 1a1 | 130A |
| Felony | Aggravated Battery Causes Great Bodily Harm | Committed | 784.045 1a1 | 130A |
| Felony | Resisting Officer with Violence | Committed | 843.01 | 130B |

### Data Challenge
### Subjects

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| Victim - EXEMPT | Smith, Victoria (Law Enforcement Official) | 48 yr. old, White, Female | /1966 |
| Victim - EXEMPT | Stefanini, David (Law Enforcement Official) | 44 yr. old, White, Male | /1971 |
| Victim | B , E (Person) | 36 yr. old, White, Male | /1978 |
| Victim | B J (Person) | 28 yr. old, White, Male | /1986 |
| Witness | P M (Person) | 42 yr. old, White, Female | /1972 |
| Arrested Subject | DODGE, ALEXANDRIA N (Person) | 23 yr. old, White, Female | /1991 |

### Analysis Information

| | |
|---|---|
| Sick Or Injured: | NO |
| Cargo Theft: | NO |
| Alarm: | NO |
| Location Type: | **RESIDENCE** |
| Forced Entry: | Not Applicable |
| Alcohol Related: | **YES** |
| Drug Related: | **UNKNOWN** |
| Drug Activity: | Not Applicable |
| Aggravated Assault: | **Drinking Argument** |
| Gambling: | Not Applicable |
| Kidnapping: | Not Applicable |
| Coercion: | Not Applicable |
| Bribery: | Not Applicable |
| Computer Crime: | No |
| Hate Crime: | NO |
| Sex Crime: | NO |
| Juvenile Crime: | NO |
| Domestic Violence: | **YES** |
| Senior Abuse: | NO |
| Child Abuse: | NO |
| Gang Related: | NO |
| School Zone: | NO |
| Public Housing: | NO |



# Charlotte County Sheriff's Office
## Offense 1504-008199
Report Date: 04/14/2015

| Analysis Information - Continued | |
|---|---|
| Victim Injury Type: | **Apparent Minor Injury** |
| Apparent Motive: | **Domestic** |
| Signature Act: | **NO** |

## Arrest #1

### Primary Information

| Arrest Type | Location | Arresting LEO |
|---|---|---|
| **Felony** | , Coconut Beach Club, ENGLEWOOD, FL 34223 | **Smith, Victoria** (0755 / CHARLOTTE COUNTY SHERIFF'S OFFICE / Charlotte County Sheriff's Office) |

### Charges

| Charge Type | Charge | Attempted/Committed | Statute | UCR Class | Charge Count | Warrant |
|---|---|---|---|---|---|---|
| --- | **Battery on Officer Firefighter EMT** | --- | 784.07 2b | 130B | 1 | --- |
| --- | **Battery on Officer Firefighter EMT** | --- | 784.07 2b | 130B | 1 | --- |
| --- | **Criminal Mischief Between $200 and $1000 Damage** | --- | 806.13 1b2 | 2900 | 1 | --- |
| --- | **Aggravated Battery Causes Great Bodily Harm** | --- | 784.045 1a1 | 130A | 1 | --- |
| --- | **Aggravated Battery Causes Great Bodily Harm** | --- | 784.045 1a1 | 130A | 1 | --- |
| --- | **Resisting Officer with Violence** | --- | 843.01 | 130B | 1 | --- |

### Arrestee Information

| Name | Sex | Race | DOB |
|---|---|---|---|
| **DODGE, ALEXANDRIA N** | **Female** | **White** | /1991 |

## Other Responding Units

Unit
**FIRE/EMS**

Narrative begins on the following page.

On 04/14/2015, at approximate 2036 hours I was dispatched to                    Dr Englewood, FL Charlotte County in reference to a physical disturbance.

Upon arrival, I observed two intoxicated white males, and two white females in the driveway all being verbal.

I made contact with J      B      DOB        1986, who said that he and his girlfriend Alexandria N Dodge DOB      /1991, were having a verbal argument over her cat being lost earlier today. Jacob said his friend E      B      DOB      /1978, and his girlfriend M      P      DOB      /1972, had just moved in yesterday. B      said Alexandria continued arguing with him, and E      over them wanting to leave to go to Ruskin. J      told Alexandria that he was going to leave with E    , M      and their five year old daughter to go visit his Uncle in Ruskin. Alexandria then grabbed a red tea pot off the stove, hitting E     in the head. J      said he grabbed onto Alexandria, and forcibly placed her on the couch, attempting to stop her from hitting E     again. J      told Alexandria he was going to leave for the night, and take their daughter until she would calm down. J      said Alexandria then grabbed a ceramic lighthouse, and threw it at his face causing him to have a bloody nose. I also observed blood on J     s nose. J      said he tried to calm Alexandria down, and she continued yelling and screaming grabbing a piece of the broken lighthouse, attempting to cut E     across the chest area. I observed minor scratches across E     's chest area, and a small gash on his head.  J      said he asked M      to get his child and take her to the car so they could leave. J      said as M      E      and he went outside Alexandria continued yelling trying to stop them from leaving. J      said when they tried to leave Alexandria jumped on the car so they could not pull away, J      said he got out and attempted to remove Alexandria from on top of the car several times, as she continued yelling. J      said Alexandria then got in her car and attempted to pull behind them in the driveway so they could not leave.

I spoke to M      P      who provided a recorded statement providing the same details.

I then advised Alexandria that she was being placed under arrest for battery. I handcuffed Alexandria, who start resisting. Cpl. Stefanini was attempting to double lock the handcuffs, as I was holding Alexandria's arm, she turned towards me attempting to head butt me with hers. Alexandria continued pulling away, breaking the passenger side mirror to my marked patrol unit with her body. I then took Alexandria to the ground to gain control of her.  Alexandria continued yelling and kicking Cpl. D Stefanini and I. As we were attempting to gain control, Alexandria wrapped her legs around mine while she was on the ground, refusing to listen to our commands. Cpl. D Stefanini was trying to calm Alexandria down so she could be placed into my back seat of my patrol vehicle. Alexandria was still refusing to unlock her legs that she had wrapped around mine. After several attempts and verbal commands to release her legs from around mine, I drive stunned Alexandria two times in the upper leg area. Alexandria complied

for only a short moment. Once we tried to lift her off the ground and she was standing, we tried placing her in the back of the car, Alexandria purposely hit her head against mine continuing to resist.

Cpl. D Stefanini and I were able to place Alexandria in the back of my patrol vehicle. Alexandria then started banging her head against the back driver side window, and kicking the passenger side window. Cpl. D Stefanini and I attempted to calm Alexandria down, as she continued screaming and banging her head causing the window to come off the track. As the door was open Alexandria swung her feet back out kicking Cpl. D Stefanini and I. I gave verbal commands to Alexandria to put her feet inside the patrol car or she was going to be tased. Alexandria was still refusing locking her legs against the door, keeping it from closing, I drive stunned Alexandria in the thigh area two more times, as she still resisted.

DFC R Epeards, and DFC Joshua Bailey arrived on scene to assist with controlling Alexandria, as she was still yelling and screaming and banging her head. Alexandria continued banging her head shattering my back seat passenger side window.

Rescue # 13 responded to check Alexandria out and she was released at the scene with minor abrasions on her legs from where she was tased.

Photographs were obtained of the scene, patrol car damage and arrestee Dodge. (taser marks)

DFC R Epeards and I transported Alexandria to the Charlotte County Jail.

I spoke to Lisa # 181 from Department and Children and Families due to the environment inside the home and the welfare of the child. DCF stated they will open a case.

# Charlotte County Sheriff's Office

## Investigative Supplement  1504-008199/2

Report Date: 04/15/2015

## Primary Information

| | |
|---|---|
| Description: | **SUPPLEMENT** |
| Occurrence From: | **04/15/2015 02:10** |
| Occurrence To: | **04/15/2015 02:10** |
| Reporting LEO: | **Epeards, Russell**       (2312 / District 1 Squad D / Charlotte County Sheriff's Office) |
| Report Status: | **Approved** |
| Report Status Date: | **04/15/2015** |
| Approved By: | **Sacco, Alfred**       (0427 / District 1 Squad D / Charlotte County Sheriff's Office) |

## Data Challenge

## Narrative begins on the following page.

1504-008199

   In reference to this case I responded with Deputy Bailey, who is in field training, to assist DFC Smith and Cpl. Stefanini. When we arrived on scene the suspect, Alexandria Dodge was secured in the rear of DFC Smith's marked patrol car. Dodge was banging her head against the rear driver side window. Dodge had managed to knock the window from the track. Dodge was given several commands to stop. Dodge hit the window again causing it to shatter.

  Dodge was removed from the vehicle and re-secured with leg restraints. Dodge was placed in the rear of Deputy Baileys marked patrol car and transported to the Charlotte County Jail. While in route to the jail Dodge banged her head against the partition several times. She was given several commands to stop and she complied.