15000669F - STATE OF FLORIDA vs. DODGE, ALEXANDRIA NICOLE    Page 1 of 3

Case 4:21-cr-20184-SDK-CI   ECF No. 63-4, PageID.262   Filed 12/17/21   Page 1 of 3

## 15000669F - STATE OF FLORIDA vs. DODGE, ALEXANDRIA NICOLE

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Judge:** | MASON, DONALD H | **Court Type:** | FELONY | **Case Type:** | |
| **Case Number:** | 15000669F | **Uniform Case Number:** | 082015CF0006690001XX | **Status:** | CLOSED |
| **Clerk File Date:** | 4/15/2015 | **Status Date:** | 2/21/2019 | **Waive Speedy Trial:** | ☑ |
| **Total Fees Due:** | 0.00 | **Custody Location:** | NOT IN CUSTODY | **Agency:** | SHERIFF'S OFFICE - CHARLOTTE COUNTY |
| **Agency Report Number:** | 1504008199 | | | | |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | DODGE, ALEXANDRIA NICOLE | 1 CONCILIO, BRIAN (Main Attorney) 0 |
| JUDGE | MASON, DONALD H | |
| PLAINTIFF | STATE OF FLORIDA | 1 REBHOLZ-RUBIN, CYNTHIA L. (Main Attorney) 0 |
| ATTORNEY | CONCILIO, BRIAN | |
| ATTORNEY | REBHOLZ-RUBIN, CYNTHIA L. | |

### CHARGES

| COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | COMMIT CRIMINAL MISCHIEF/PROPERTY OVER $200 2755 (806.13 1B2) | M | F | NOLO-CONTENDERE | ADJUDICATION WITHHELD | 11/19/2015 |
| 2 | BATTERY CAUSE BODILY HARM 2561 (784.03 1A2) | M | F | | NOLLE PROSEQUI | 11/19/2015 |
| 3 | BATTERY CAUSE BODILY HARM 2561 (784.03 1A2) | M | F | NOLO-CONTENDERE | ADJUDICATION WITHHELD | 11/19/2015 |
| 4 | RESIST/OBSTRUCT/OPPOSE OFFICER WITH VIOLENCE 3142 (843.01) | F | T | NOLO-CONTENDERE | ADJUDICATION WITHHELD | 11/19/2015 |
| 5 | BATTERY ON OFFICER OR FIREFIGHTER, ETC 2573 (784.07 2B) | F | T | | DROPPED/ABANDONED (NO FILE) | 05/19/2015 |
| 6 | BATTERY ON OFFICER OR FIREFIGHTER, ETC 2573 (784.07 2B) | F | T | | DROPPED/ABANDONED (NO FILE) | 05/19/2015 |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 2/21/2019 9:00 AM | CRIMINAL VOP HEARING | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | SENTENCED |
| 12/31/2018 10:30 AM | CRIMINAL VOP ADVISEMENT | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | SET FUTURE DATE |
| 12/12/2018 8:30 AM | CRIMINAL FIRST APPEARANCE | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | |
| 11/19/2015 1:30 PM | CRIMINAL SENTENCING/PLEA | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | SENTENCED |
| 10/6/2015 1:30 PM | CRIMINAL PRE TRIAL - CONFERENCE | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | SET FUTURE DATE |
| 7/29/2015 1:30 PM | CRIMINAL CASE MANAGEMENT | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | SET FUTURE DATE |
| 5/29/2015 2:00 PM | CRIMINAL HEARING | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | MOTION GRANTED |
| 5/18/2015 9:00 AM | CRIMINAL ARRAIGNMENT | MASON, DONALD H | 4TH FLOOR CHARLOTTE COUNTY JUSTICE CENTER | SET FUTURE DATE |
| 4/15/2015 8:30 AM | CRIMINAL FIRST APPEARANCE | MASON, DONALD H | FIRST APPEARANCE/VIDEO ROOM 3RD FLOOR | SET FUTURE DATE |

### CASE DOCKETS

| IMAGE | DATE | ENTRY |
|---|---|---|
| 📄 1 | 3/25/2019 | PAYMENT $150.00 RECEIPT #2019023390 |
| | 2/26/2019 | PUBLIC DEF ATTY>$50 FELONY ASSESSED $50.00 DUE ON 9/19/2018 |
| | 2/26/2019 | ST ATTY PROS FEE-FELONY ASSESSED $50.00 DUE ON 9/19/2018 |
| | 2/26/2019 | PROSECUTOR: REBHOLZ-RUBIN, CYNTHIA L. ASSIGNED |
| | 2/21/2019 | REOPENED CASE CLOSED |
| | 2/21/2019 | CASE# 15000669F - SENTENCED: 2/26/2019 IMPOSED: 2/21/2019 EFFECTIVE DATE: 2/21/2019 |
| | 2/21/2019 | CASE #15000669F - - SENTENCE NOTES: • • COMMUNITY SERVICE TO START 90 DAYS AFTER BIRTH OF CHILDREN • CAN TRAVEL FROM 12/3 - 12/9 AFTER PROVIDING P/O WITH ITINERARY MODIFICATION 2/21/19 PERMITTED TO TRANSFER BACK TO MI MAY B/O REMAINING CSH OR CAN WORK THEM PROBATION WILL AUTO TERMINATE UPON COMPLETION OF ALL PRIOR TERMS DISMISS ANY/ALL PENDING WARRANTS IN THIS CASE |
| 📄 1 | 2/21/2019 | FINGERPRINTS OF DEFENDANT |
| 📄 3 | 2/21/2019 | SENTENCING GUIDELINES SCORESHEET |
| 📄 4 | 2/21/2019 | VIOLATION PLEA FORM |
| 📄 1 | 2/21/2019 | COURT ORDER/NOTICE/MINUTE // PLEA ENTERED |
| 📄 1 | 2/21/2019 | SENTENCE FORM - MODIFICATION |
| 📄 2 | 1/4/2019 | ANSWER TO DEMAND FOR DISCOVERY |
| | 12/31/2018 | CRIMINAL VOP HEARING SET FOR 02/21/2019 AT 9:00 AM IN 4TH/ , JDG: MASON, DONALD H |
| 📄 1 | 12/31/2018 | COURT ORDER/NOTICE/MINUTE - VOP HRG 2/21 9:00 |
| | 12/14/2018 | DEFENSE ATTORNEY: CONCILIO, BRIAN ASSIGNED |
| 📄 1 | 12/14/2018 | NOTICE OF APPEARANCE/WVR OF ARRGN/WRTTN PLEA/DMD DISC |

15000669F - STATE OF FLORIDA vs. DODGE, ALEXANDRIA NICOLE     Page 2 of 3

Case 4:21-cr-20184-SDK-CI    ECF No. 63-4, PageID.263    Filed 12/17/21    Page 2 of 3

| IMAGE | DATE | ENTRY |
|---|---|---|
|  | 12/13/2018 | DEFENSE ATTORNEY: PUBLIC DEFENDER ASSIGNED |
|  | 12/13/2018 | PUBLIC DEF APP FEE FELONY $50 ASSESSED $50.00 DUE ON 9/19/2018 |
| 2 | 12/13/2018 | AFFIDAVIT INDIGENCE GRANTED/ACCEPTED |
| 1 | 12/12/2018 | RECORD OF FIRST APPEARANCE HEARING |
|  | 12/11/2018 | CRIMINAL VOP ADVISEMENT SET FOR 12/31/2018 AT 10:30 AM IN 4TH/ , JDG: MASON, DONALD H |
|  | 12/11/2018 | REARRESTED ON 12/11/2018: OBTS # 0803137550 |
|  | 12/11/2018 | CRIMINAL FIRST APPEARANCE SET FOR 12/12/2018 AT 8:30 AM IN 4TH/ , JDG: MASON, DONALD H |
|  | 12/11/2018 | CASE UNSECURED |
|  | 12/11/2018 | HABITUAL FELONY OFFENDER STATUS |
|  | 12/11/2018 | JESSICA LUNSFORD CERTIFICATE |
| 3 | 12/11/2018 | VIOLATION OF PROBATION WARRANT SERVED |
| 3 | 12/11/2018 | BOOKING REPORT FILED |
| 3 | 12/11/2018 | AFFIDAVIT OF PROBABLE CAUSE |
|  | 11/1/2018 | VOP WARRANT STATUS CHANGED TO SERVED |
|  | 11/1/2018 | VOP WARRANT STATUS CHANGED TO SENT TO SHERIFF |
| 3 | 10/29/2018 | VIOLATION OF PROBATION WARRANT ISSUED |
| 1 | 10/29/2018 | AFFIDAVIT OF VIOLATION OF PROBATION |
| 3 | 10/29/2018 | VIOLATION REPORT |
| 1 | 3/6/2017 | PAYMENT $25.15 RECEIPT #2017020503 |
| 1 | 3/6/2017 | PAYMENT $140.71 RECEIPT #2017020441 |
| 1 | 3/6/2017 | PAYMENT $398.25 RECEIPT #2017020440 |
| 1 | 11/21/2016 | PAYMENT $26.04 RECEIPT #2017006752 |
| 1 | 11/21/2016 | PAYMENT $326.85 RECEIPT #2017006744 |
| 3 | 1/25/2016 | ORDER W/HOLDING ADJ OF GUILT & PLACING DEF ON PROB |
| 3 | 12/8/2015 | ORDER W/HOLDING ADJ OF GUILT & PLACING DEF ON PROB |
| 4 | 12/7/2015 | JUDGMENT AND SENTENCE FILED |
|  | 11/23/2015 | CASE CLOSED |
| 1 | 11/23/2015 | BOND DISCHARGE SLIP |
|  | 11/23/2015 | ST ATTY PROS FEE-FELONY ASSESSED $100.00 DUE ON 9/19/2018 |
|  | 11/23/2015 | FELONY COURT COSTS ONLY ASSESSED $415.00 DUE ON 9/19/2018 |
|  | 11/23/2015 | COMPLIANCE CREATED : WAITING FOR PAYMENT REQUIRED BY: 09/19/2018 |
|  | 11/23/2015 | PUBLIC DEF APP FEE FELONY $50 ASSESSED $50.00 DUE ON 10/19/2016 |
|  | 11/23/2015 | DOMESTIC VIO TR FD-MISDEMEANO ASSESSED $201.00 DUE ON 10/19/2016 |
|  | 11/23/2015 | RAPE CRISIS TRUST FUND ASSESSED $151.00 DUE ON 10/19/2016 |
|  | 11/19/2015 | SURETY BOND 2015AA009608 (843.01) RELEASED |
|  | 11/19/2015 | SURETY BOND 2015BB003311 (784.03 1A2) RELEASED |
|  | 11/19/2015 | SURETY BOND 2015BB001980 (784.03 1A2) RELEASED |
|  | 11/19/2015 | SURETY BOND 2015AA009606 (806.13 1B2) RELEASED |
|  | 11/19/2015 | CASE# 15000669F - SENTENCED: 11/23/2015 IMPOSED: 11/19/2015 EFFECTIVE DATE: 11/19/2015 |
|  | 11/19/2015 | CASE# 15000669F - SENTENCED: 11/23/2015 IMPOSED: 11/19/2015 EFFECTIVE DATE: 11/19/2015 |
|  | 11/19/2015 | CASE #15000669F - DEFENDANT SENTENCED AS TO CHARGE: 003 CHRG 003 CONCURRENT W/ CHARGE 4 PROBATION - REPORTING () - FOR 1 YEARS - CHRG 003 - SENTENCE NOTES: |
|  | 11/19/2015 | CASE# 15000669F - SENTENCED: 11/23/2015 IMPOSED: 11/19/2015 EFFECTIVE DATE: 11/19/2015 |
|  | 11/19/2015 | CASE #15000669F - DEFENDANT SENTENCED AS TO CHARGE: 001 CHRG 001 CONCURRENT W/ CHARGE 4 PROBATION - REPORTING () - FOR 1 YEARS - CHRG 001 - SENTENCE NOTES: ORDERED AND RESERVED ON RESTITUTION |
|  | 11/19/2015 | ADJUDICATION WITHHELD FOR COUNT: 4 |
|  | 11/19/2015 | DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 4 |
|  | 11/19/2015 | ADJUDICATION WITHHELD FOR COUNT: 3 |
|  | 11/19/2015 | DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 3 |
|  | 11/19/2015 | ADJUDICATION WITHHELD FOR COUNT: 1 |
|  | 11/19/2015 | DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 1 |
|  | 11/19/2015 | NOLLE PROSEQUI SEQ; 2 AMENDED - (784.03 1A2) BATTERY CAUSE BODILY HARM 2561 |
| 1 | 11/19/2015 | FINGERPRINTS OF DEFENDANT |
| 3 | 11/19/2015 | SENTENCING GUIDELINES SCORESHEET |
| 5 | 11/19/2015 | PLEA OF NO CONTEST/NOLO CONTENDERE |
| 1 | 11/19/2015 | COURT ORDER/NOTICE/MINUTE |
| 4 | 11/19/2015 | SENTENCE FORM - ADJ. WITHHELD CT. 1, 3, & 4 / N/P CT. 2 |
| 1 | 10/8/2015 | NOTICE OF COURT DATE |
|  | 10/8/2015 | CRIMINAL SENTENCING/PLEA SET FOR 11/19/2015 AT 1:30 PM IN 4TH/ , JDG: MASON, DONALD H |
| 1 | 10/6/2015 | PRETRIAL CONFERENCE ORDER - P/S 11/19 @ 1:30 |
| 1 | 8/4/2015 | NOTICE OF COURT DATE |
|  | 8/4/2015 | CRIMINAL PRE TRIAL - CONFERENCE SET FOR 10/06/2015 AT 1:30 PM IN 4TH/ , JDG: MASON, DONALD H |
| 3 | 8/4/2015 | ANSWER TO DEMAND FOR DISCOVERY |
| 1 | 7/29/2015 | CASE MANAGEMENT CONFERENCE ORDER |
| 2 | 6/10/2015 | ANSWER TO DEMAND FOR DISCOVERY (AMENDED) |

15000669F - STATE OF FLORIDA vs. DODGE, ALEXANDRIA NICOLE      Page 3 of 3

Case 4:21-cr-20184-SDK-CI   ECF No. 63-4, PageID.264   Filed 12/17/21   Page 3 of 3

| IMAGE | DATE | ENTRY |
|---|---|---|
| 1 | 5/29/2015 | ORDER GRANTING MOTION - ALLOW NON VIOLENT CONTACT |
| 1 | 5/29/2015 | COURT ORDER/NOTICE/MINUTE - MOTION GRANTED - NO VIOLENT CONTACT WITH JACOB BIRD |
| 1 | 5/22/2015 | NOTICE OF COURT DATE AMENDED - MAIL |
| | 5/22/2015 | DEFENSE ATTORNEY: RINARD, MARQUIN ASSIGNED |
| 3 | 5/20/2015 | STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER - MARQUIN RINARD SUBSTITUTED |
| 1 | 5/20/2015 | NOTICE OF COURT DATE |
| | 5/20/2015 | CRIMINAL CASE MANAGEMENT SET FOR 07/29/2015 AT 1:30 PM IN 4TH/ , JDG: MASON, DONALD H |
| | 5/19/2015 | SURETY BOND 2015AA009605 (784.07 2B) RELEASED |
| | 5/19/2015 | SURETY BOND 2015AA009604 (784.07 2B) RELEASED |
| | 5/19/2015 | FILED SEQ: 6 SAME - (843.01) RESIST/OBSTRUCT/OPPOSE OFFICER WITH VIOLENCE 3142 |
| | 5/19/2015 | FILED SEQ: 5 AMENDED - (784.03 1A2) BATTERY CAUSE BODILY HARM 2561 |
| | 5/19/2015 | FILED SEQ: 3 SAME - (806.13 1B2) COMMIT CRIMINAL MISCHIEF/PROPERTY OVER $200 2755 |
| | 5/19/2015 | DROPPED/ABANDONED (NO FILE) SEQ: 2 SAME - (784.07 2B) BATTERY ON OFFICER OR FIREFIGHTER, ETC 2573 |
| | 5/19/2015 | DROPPED/ABANDONED (NO FILE) SEQ: 1 SAME - (784.07 2B) BATTERY ON OFFICER OR FIREFIGHTER, ETC 2573 |
| | 5/19/2015 | PROSECUTOR: KUYKENDALL, JILLIAN M. ASSIGNED |
| 4 | 5/19/2015 | INFORMATION AND NOTICE TO CLERK - EXPEDITED |
| | 5/19/2015 | CRIMINAL HEARING SET FOR 05/29/2015 AT 2:00 PM IN 4TH/ , JDG: MASON, DONALD H |
| 1 | 5/19/2015 | NOTICE OF HEARING |
| 1 | 5/18/2015 | ORDER SETTING CASE MANAGEMENT CONFERENCE 7/29 @ 1:30PM |
| 1 | 5/18/2015 | COURT ORDER/NOTICE/MINUTE CMC 7/29 @ 1:30PM |
| 1 | 5/15/2015 | MOTION TO LIFT/MODIFY NO CONTACT ORDER |
| 1 | 5/1/2015 | DEMAND FOR COPY OF INFORMATION |
| 2 | 5/1/2015 | NOTICE OF APPEARANCE/WVR OF ARRGN/WRTTN PLEA/DMD DISC |
| 1 | 4/20/2015 | NOTICE OF COURT DATE |
| | 4/20/2015 | SURETY BOND 2015AA009608 POSTED $5,000.00 |
| | 4/20/2015 | SURETY BOND 2015BB003311 POSTED $10,000.00 |
| | 4/20/2015 | SURETY BOND 2015BB001980 POSTED $10,000.00 |
| | 4/20/2015 | SURETY BOND 2015AA009606 POSTED $2,500.00 |
| | 4/20/2015 | SURETY BOND 2015AA009605 POSTED $5,000.00 |
| | 4/20/2015 | SURETY BOND 2015AA009604 POSTED $5,000.00 |
| | 4/20/2015 | DEFENSE ATTORNEY: DOWNYOK, PETAJA JIT ASSIGNED |
| 1 | 4/20/2015 | NOTICE OF APPEARANCE/WVR OF ARRGN/WRTTN PLEA/DMD DISC |
| 2 | 4/18/2015 | SURETY APPEARANCE BOND |
| 2 | 4/18/2015 | SURETY APPEARANCE BOND |
| 2 | 4/18/2015 | SURETY APPEARANCE BOND |
| 2 | 4/18/2015 | SURETY APPEARANCE BOND |
| 2 | 4/18/2015 | SURETY APPEARANCE BOND |
| 2 | 4/18/2015 | SURETY APPEARANCE BOND |
| 3 | 4/18/2015 | BOOKING REPORT RELEASE |
| | 4/15/2015 | PUBLIC DEF APP FEE FELONY $50 ASSESSED $50.00 DUE 04/22/2015 |
| | 4/15/2015 | DEFENSE ATTORNEY: DEFENDER, PUBLIC ASSIGNED |
| 1 | 4/15/2015 | ORDER OF NO CONTACT |
| 2 | 4/15/2015 | AFFIDAVIT INDIGENCE GRANTED/ACCEPTED |
| | 4/15/2015 | CRIMINAL ARRAIGNMENT SET FOR 05/18/2015 AT 9:00 AM IN 4TH/ , JDG: MASON, DONALD H |
| | 4/15/2015 | JUDGE MASON, DONALD H: ASSIGNED |
| | 4/15/2015 | CRIMINAL FIRST APPEARANCE SET FOR 04/15/2015 AT 8:30 AM IN 1ST/ , JDG: MASON, DONALD H |
| 1 | 4/15/2015 | RECORD OF FIRST APPEARANCE HEARING - PD APPT - NO CONTACT W/VICTIMS - NO ALCOHOL - BONDS $5,000 CTS 1, 2 & 6, $2500 CT 3, $10,000 CTS 4 & 5 - ARR 5/18 @ 9 |
| 3 | 4/15/2015 | BOOKING REPORT FILED |
| 3 | 4/15/2015 | AFFIDAVIT OF PROBABLE CAUSE |
| | 4/15/2015 | JESSICA LUNSFORD CERTIFICATE |
| | 4/15/2015 | CASE FILED 04/15/2015 CASE NUMBER 15000669F |