| | | |
|---|---|---|
| **GRAND BLANC TWP POLICE DEPT**<br>ARREST REPORT | Report Date/Time: **6/11/2018 3:28:22 AM** | Case No. 1885202272<br>Report No. 1885202272.1<br>Case Status **ARREST** |

## FILE CLASS/OFFENSE:

1313 - 13001 - Assault and Battery/Simple Assault

4899 - 48000 - Obstruct Police (Other)

2298 - 22003 - Burglary - Entering Without Permission

## NATURE OF INCIDENT:
13001/48000/22003/Assault/Obstruct Police/Unlawful Entry/Dodge/Wright

**OCCURRED ON:** 6/11/2018 12:45:00 AM
**(and Between)**

## VENUE:
12 - Grand Blanc Twp Genesee ▓▓▓ Donna Dr

**VICTIM:** V1      VICTIM OF   1313 - 13001 - Assault and Battery/Simple Assault
                                2298 - 22003 - Burglary - Entering Without Permission

| VICTIM TYPE | Individual | ALERT | | | |
|---|---|---|---|---|---|
| NAM | Bo▓▓, M | AGE | 34 | ETH | UNKNOWN |
| AKA | | DOB | 1981 | RAC | WHITE |
| NBR/STR | | SSN | | SEX | MALE |
| CSZ | | HGT | 6' 0" | OPS | 544 |
| TXH | | WGT | 150 | OPS State | Michigan |
| TXW | | EYE | Blue | Injury | Abrasions |
| CELL | | HAI | Brown | Circumstances | |

## INTERVIEW VICTIM:

**VICTIM:** V2      VICTIM OF   1313 - 13001 - Assault and Battery/Simple Assault
                                2298 - 22003 - Burglary - Entering Without Permission

| VICTIM TYPE | Individual | ALERT | | | |
|---|---|---|---|---|---|
| NAM | ZIG▓▓ K | AGE | 37 | ETH | UNKNOWN |
| AKA | | DOB | /1981 | RAC | WHITE |
| NBR/STR | | SSN | | SEX | FEMALE |
| CSZ | | HGT | 5' 3" | OPS | 389 |
| TXH | | WGT | 120 | OPS State | Michigan |
| TXW | | EYE | Hazel | Injury | Apparent Minor Injury |
| CELL | | HAI | Brown | Circumstances | |

## INTERVIEW VICTIM:

**VICTIM:** V3      VICTIM OF   4899 - 48000 - Obstruct Police (Other)

| VICTIM TYPE | Society/Public | ALERT | | | |
|---|---|---|---|---|---|
| NAM | | AGE | | ETH | |
| AKA | | DOB | | RAC | |
| NBR/STR | | SSN | | SEX | |
| CSZ | | HGT | | OPS | |
| TXH | | WGT | | OPS State | |

| | | | |
|---|---|---|---|
| NetRMS_MSPCR.rtf v2f | Reporting Officer: OFFICER GUNNER WRIGHT | | |
| Page 1 of 4 | Approved By: SERGEANT MARCUS FERGUSON<br>Date Approved: 6/11/2018 7:15:58 AM | 001 | Printed: March 22, 2019 ▓▓ PM   **EXHIBIT 4** |

| GRAND BLANC TWP POLICE DEPT | Report Date/Time: **6/11/2018 3:28:22 AM** | Case No. 1885202272 |
|---|---|---|
| ARREST REPORT | | Report No. 1885202272.1 |
| | | Case Status ARREST |

| TXW | EYE | | Injury |
| CELL | HAI | | Circumstances |

## INTERVIEW VICTIM:

**ARRESTEE:** A1

| NAM | DODGE, ALEXANDRIA NICOLE | AGE | 27 | ETH | OTHER ETHNICITY/NATIONAL ORIGIN |
| AKA | | DOB | 1991 | RAC | WHITE |
| NBR/STR | | SSN | 37 | SEX | FEMALE |
| CSZ | | HGT | 5' 4" | OPS | 399 |
| TXH | | WGT | 140 | OPS State | Michigan |
| TXW | | EYE | Hazel | SMT | |
| CELL | | HAI | Brown | ALERT | |
| | | SID | | FBI | |

| DATE ARRESTED | 6/11/2018 1:20:00 AM | ARREST TYPE | TAKEN INTO CUSTODY |
| ARRESTED FOR | 1313 - 13001 - Assault and Battery/Simple Assault<br>2298 - 22003 - Burglary - Entering Without Permission<br>4899 - 48000 - Obstruct Police (Other) | ARMED WITH | Unarmed |
| DATE LODGED | 6/11/2018 2:10:00 AM | LOCATION LODGED | Genesee County Jail |

## INTERVIEW ARRESTEE:

**OTHER ENTITY:** O1    TYPE (COMPLAINANT)    Complainant

| NAM | ZIG , K | AGE | 37 | ETH | UNKNOWN |
| AKA | | DOB | 1981 | RAC | WHITE |
| NBR/STR | | SSN | | SEX | FEMALE |
| CSZ | | HGT | 5' 3" | OPS | 389 |
| TXH | | WGT | 120 | OPS State | Michigan |
| TXW | | EYE | Hazel | ALERT | |
| CELL | | HAI | Brown | | |

## INTERVIEW OTHER ENTITY:

**OTHER ENTITY:** O2    TYPE (COMPLAINANT)    Other Person

| NAM | Dodge, Ja | AGE | 39 | ETH | UNKNOWN |
| AKA | | DOB | /1979 | RAC | WHITE |
| NBR/STR | | SSN | | SEX | MALE |
| CSZ | | HGT | 6' 0" | OPS | 207 |
| TXH | | WGT | 290 | OPS State | Michigan |
| TXW | | EYE | Brown | ALERT | |
| CELL | | HAI | | | |

| | | |
|---|---|---|
| **GRAND BLANC TWP POLICE DEPT**<br>ARREST REPORT | Report Date/Time: **6/11/2018 3:28:22 AM** | Case No. 1885202272<br>Report No. 1885202272.1<br>Case Status ARREST |

**INTERVIEW OTHER ENTITY:**
Uncle to K▓▓▓ and K▓▓▓

**NARRATIVE:**

Assisting Officer: Ofc. K. Herkner Grand Blanc Township Police Department 5405 Saginaw St. Flint MI 48507

Ofc. T. Whitt Grand Blanc Township Police Department 5405 Saginaw St. Flint MI 48507

On Sunday, 6/11/2018 at approximately 0053 I (Ofc. G. Wright) was dispatched by Central Dispatch to ▓▓▓ Donna Dr. for unknown trouble. Central advised that the homeowner had a female subject pinned to the ground in the front yard, waiting for police arrival. I arrived on scene at approximately 0058. On arrival, I saw three individuals (later identified as Ms. Alexandria Nicole Dodge, Ms. K▓▓▓ Zig▓▓, and Mr. M▓▓▓ Bo▓▓) in the front yard of the residence, yelling at each other. On approach I saw that Ms. Zig▓▓ was bleeding from the face and her chest was covered in blood. I saw that Ms. Dodge was bleeding from the mouth. I separated the three subjects and waited for backup officers to arrive. Ofc. K. Herkner and Ofc. T. Whitt arrived on scene shortly after.

Assisting officers kept the subjects separated and I interviewed them regarding the incident. I first spoke with Ms. Alexandria Nicole Dodge (CLEAR/VALID). Ms. Dodge was visibly upset and kept repeating "those two crackheads beat my ass." Ms. Dodge stated that she came to ▓▓▓ Donna Dr. to pick up her husband. She said that she knocked on the door and Ms. Zig▓▓ and Mr. Bo▓▓ emerged from the front door and began punching her in the face. She said that she did not strike Mr. Bo▓▓ or Ms. Zig▓▓ and had no idea why she had been attacked.

I spoke with Mr. Bo▓▓ (CLEAR) and he relayed the following: He stated that Ms. Dodge arrived at his home unannounced and pounded on the front door. He said he answered the door and spoke with her. He said that she demanded that her husband come out of the house. He told Ms. Dodge multiple times that her husband was not inside and requested that she leave. He closed the door and Ms. Dodge started pounding on the door again. He answered the door again and was joined by Ms. Zig▓▓. He stated that Ms. Dodge became extremely upset and began tossing yard ornaments and flower pots at the front door. She then tried to push the door open and he and Ms. Zig▓▓ had to hold it shut. He said that Ms. Dodge backed away from the door and threw an unknown object at them, striking Ms. Zig▓▓ in the face. Ms. Zig▓▓ began bleeding from the face and Mr. Bo▓▓ pushed her off the porch. Ms. Dodge responded by punching him in in the face multiple times. Mr. Bo▓▓ said that he struck Ms. Dodge in the face and forced her to the ground. He instructed Ms. Zig▓▓ to call 911 and held Ms. Dodge on the ground until police arrived.

Ms. Zig▓▓ (CLEAR) stated that Ms. Dodge attempted to gain entry into the home and became violent when she could not. She said that Ms. Dodge threw a spray paint bottle at her face which lacerated her chin. She said that Mr. Bo▓▓ tackled Ms. Dodge to the ground after they were both physically harmed.

I requested an ambulance to the scene and all three subjects were evaluated but denied medical treatment for their injuries. Ms. Dodge had minor bleeding from mouth. Ms. Zig▓▓ had a small laceration on her chin. Mr. Bo▓▓ had a minor abrasion on his left knee and bloody knuckles on his left hand.

I advised Ms. Dodge that she was under arrest for assault and placed her in handcuffs (double-locked) behind her

| GRAND BLANC TWP POLICE DEPT<br>ARREST REPORT | Report Date/Time: **6/11/2018 3:28:22 AM** | Case No. 1885202272<br>Report No. 1885202272.1<br>Case Status ARREST |
|---|---|---|

back. I searched her and secured her in the rear of my patrol car. Ms. Dodge began screaming at the top of her lungs. I took photos of Ms. Zig▇▇ and Mr. Bo▇▇ and they advised that they would like to pursue charges. I advised them of their crime victim's rights and released them from the scene. I attempted to take photos of Ms. Dodge and she began smashing her head against my backseat windows. Ofc. K. Herkner and I opened the rear doors and attempted to seatbelt Ms. Dodge for her safety. Ms. Dodge unbuckled the seatbelt and attempted to exit the patrol car. I pushed Ms. Dodge back in and she attempted to exit the door. Ofc. K. Herkner attempted to push Ms. Dodge back in and she stood up and held onto the outside of the patrol car with her chin. Ms. Dodge was eventually secured and continued head-butting the back windows.

Ofc. K. Herkner advised that Ms. Dodge arrived at the home with her two young daughters (K▇▇▇ K▇▇▇ who were secured in the backseat of a vehicle. Ofc. K. Herkner arranged for the girls uncle to pick them up from the scene. The uncle, identified as Mr. J▇▇▇ Dodge (CLEAR/VALID) arrived and picked up the girls.

I transported Ms. Dodge to the Genesee County Jail where she had to be forcefully removed by jail staff. Ms. Dodge was medically cleared by Jail medical staff and placed in a safety cell. She would not allow me to read her Miranda Rights, or obtain necessary information for jail booking. Every attempt to talk to Ms. Dodge was met by loud screaming.

I returned to the Grand Blanc Township Police Department and notified Child Protective Services of the incident (LOG#10613141).

Nothing further at this time.

**CASE STATUS:**
ARREST