| Activity Date: | | | GENESEE COUNTY SHERIFFS OFFICE |
|---|---|---|---|

## Incidents

### Incident

| | | | |
|---|---|---|---|
| Incident Log Number | GCSO21-0536 | Incident Type | MAJ 35 - The attempt or act of introducing or distributing any contraband in the jail |
| Complaint Number | | | |
| Officer | Mankowski, Megan - 761 | Status | 1 - Pending |
| Incident Date | 3/15/2021 9:00:00 AM | Physical Injury | N - No |
| Location | Booking | | |

### Inmates Involved

| Inmate |
|---|
| 177157 - Dodge, Alexandria Nicole |

### Description

Sir,

   On 3/15/2021, (Monday) at approximately 0900 while working assigned duty station in booking, Deputy Megan Mankowski conducted a strip search on a female later identified as Dodge/Alexandria/Nicole F/W/ 1991. Mankowski escorted Dodge into the room where strip searches are conducted. Mankowski advised Dodge that because she was in jail she was subject to a strip search. Mankowski asked Dodge to remove her clothing and hand it to her. When Dodge removed her bra and attempted to hand it to Mankowski, a clear plastic baggie with two crystal like rocks believed to be Crystal Meth fell to the ground. Mankowski secured the baggie as evidence. Dodge stated, I didn't know that was in there, can you throw that away? Mankowski advised Dodge that she could not throw it away. Dodge was placed on the bench in the waiting room of the booking area. Mankowski then turned over the baggie with the rocks in it to Sergeant Jason Murphy. End of Report

Respectfully Submitted,

Deputy Megan Mankowski 761

### Investigating Supervisor

While working as A-shift supervisor, Sgt Reeves was told about and shown a small clear ziplock baggy by Deputy Mankowski containing a clear crystal like substance. Mankowski said it was taken from the bra of a female subject during a strip search prior to being lodged. Mankowski advised the baggie containing the substance was turned over to Sgt. Murphy. Nothing further at this time.

Respectfully Submitted
Sgt. D. Reeves #728

### Reviewing Supervisor

### Supplemental Reports

#### Signatures

| Deputy | Sergeant |
|---|---|
| | |

| Lieutenant | Medical |
|---|---|
| | |