UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXANDRIA N. DODGE,

    Defendant.

Case No. 21-cr-20184
Hon. Matthew F. Leitman

_____/

## ORDER AUTHORIZING LAPTOP INTO JAIL

IT IS HEREBY ORDERED that Defendant's attorney, Kimberly W. Stout, be permitted to bring a laptop computer into the Midland County Jail for the purpose of playing phone calls on a thumb drive, only.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 4, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764