UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                            Case No. 21-cr-20184
                                             Hon. Mathew F. Leitman

vs.

ALEXANDRIA N. DODGE,

    Defendants.

_____/

## AMENDED ORDER AUTHORIZING LAPTOP INTO JAIL

    IT IS HEREBY ORDERED that Defendant's attorney, Kimberly W. Stout, be permitted to bring a laptop computer into the Genesee County Jail for the purpose reviewing discovery on a thumb drive, only.

                         /s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated: January 4, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2022, by electronic means and/or ordinary mail.

                         s/Holly A. Ryan
                         Case Manager
                         (810) 341-9764