UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 4:21−cr−20184−SDK−CI
                                          Hon. Shalina D. Kumar

Alexandria N. Dodge, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Alexandria N. Dodge

The defendant(s) shall appear before District Judge Shalina D. Kumar at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan, for the following proceeding(s):

- PLEA HEARING:  May 4, 2022 at 02:30 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/T. Hallwood
                                                         Case Manager

Dated:  April 22, 2022