UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                             Case No. 4:21−cr−20184−SDK−CI
                                               Hon. Shalina D. Kumar

Alexandria N. Dodge, et al.,

                Defendant(s),

_____

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Alexandria N. Dodge

   The defendant(s) shall appear before District Judge Shalina D. Kumar at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan, for the following proceeding(s):

- SENTENCING:  October 11, 2022 at 10:00 AM

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/T. Hallwood
                                                                  Case Manager

Dated:   September 2, 2022